IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GEICO MARINE INSURANCE
COMPANY, a Maryland corporation,

        Plaintiff,

v.     Case No.:  8:19-cv-382-T

MARINEMAX EAST, INC.
a Florida corporation,

        Defendant.
_____/

## RULE 7.1 CORPORATE DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, GEICO MARINE INSURANCE COMPANY, by and through its attorneys, states that GEICO MARINE INSURANCE COMPANY is owned by Boat America Corporation, which in turn is owned by GEICO Corporation. GEICO Corporation is owned by National Indemnity Company, which is owned by Berkshire Hathaway Inc.  Berkshire Hathaway, Inc. is the only publicly-traded company in the group.

        Respectfully submitted,

        **s/Robert A. Craven**
        Robert A. Craven, Esquire
        FBN: 341975
        Law Office of Robert A. Craven
        3637 Fourth Street N.- Suite. 290 St. Petersburg, FL  33704
        Tel: 727- 895-5700
        Fax: 727-895-5710
        Email:  rob@robcravenlaw.com
        Attorney for Plaintiff